IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

EMMA DOE, a minor, by and through her
next friend, EDITH DOE

     Plaintiff,

v.

GROESBECK INDEPENDENT
SCHOOL DISTRICT,

     Defendant.

§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 6:25-cv-0175

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER**

Plaintiff Emma Doe, a minor, by and through her next friend, Edith Doe (Plaintiff) and

Defendant Groesbeck Independent School District (Defendant) (collectively the Parties) hereby

submit this Joint Motion for Entry of Confidentiality and Protective Order. The Parties have

conferred and agreed upon all provisions of the Confidentiality and Protective Order and jointly

move that the court approve and enter same, a copy of which is attached as the proposed order.

Respectfully submitted,

By:   /s/ *Chloe Kempf*
        Chloe Kempf
        State Bar No. 24127325
        Brian Klosterboer
        State Bar No. 24107833
        Charelle Lett
        State Bar No. 24139900
        Adriana Piñon
        State Bar No. 24089768

ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, Texas 77288

210.724.8502
713.942.8966 (facsimile)
ckempf@aclutx.org
bklosterboer@aclutx.org
clett@aclutx.org
apinon@aclutx.org

Ahtoosa Amini Dale
State Bar No. 24101443
Thanh D. Nguyen
State Bar No. 24126931
Jonathan Hung
State Bar No. 24143033
WINSTON & STRAWN LLP
2121 N. Pearl St., 9th Floor
Dallas, Texas 75201
214.453.6500
adale@winston.com
tdnguyen@winston.com
johung@winston.com

Kristin McGough
WINSTON & STRAWN LLP
DC Bar No. 991209
1901 L Street NW
Washington, DC 20036
202.282.5000
kmcgough@winston.com

Jenna Qi Han
WINSTON & STRAWN LLP
California Bar No. 359936
101 California Street, 21st Floor
San Francisco, CA 94111
415.691.1000
jhan@winston.com

ATTORNEYS FOR PLAINTIFF


By: ___ /s/ *Meredith Prykryl Walker*
        Meredith Prykryl Walker

State Bar No. 24056487

WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On September 4, 2025, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Chloe Kempf*
Chloe Kempf